UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO CRUZ-LOPEZ<br>(A-Number: 240-174-015),<br><br>              Petitioner,<br><br>       v.<br><br>WARDEN OF THE GOLDEN STATE<br>ANNEX DETENTION CENTER, et al.,<br><br>              Respondents. | No.  1:26-cv-03940-KES-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS, GRANTING<br>PETITION FOR WRIT OF HABEAS<br>CORPUS, AND REQUIRING BOND<br>HEARING WITHIN SEVEN (7) DAYS<br><br>Doc. 1 |

Petitioner Eugenio Cruz Lopez is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 10, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering that petitioner be provided a bond hearing pursuant to 8 U.S.C. § 1226(a).  Doc. 10.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  On June 24, 2026, respondents filed a one sentence objection, objecting "[f]or the reasons set forth in Respondents' previous briefing."  Doc. 11.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

The Court ORDERS:

1. The findings and recommendations, Doc. 10, are ADOPTED in full.

2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3. Respondents are ORDERED to provide petitioner with a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations within seven (7) days of the date of this Order. Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing.

4. The Clerk of Court is directed to close this case and enter judgment for petitioner.

5. The Clerk is directed to terminate any remaining motions as moot.

6. The Clerk is directed to serve Golden State Annex with a copy of this Order.

IT IS SO ORDERED.

Dated:   June 29, 2026

_____
UNITED STATES DISTRICT JUDGE

2