# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO CRUZ-LOPEZ,<br>Petitioner,<br>v.<br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br>Respondents. | Case No. 1:26-cv-03940-KES-EPG-HC<br>ORDER SETTING BRIEFING SCHEDULE<br>ORDER TO ELECTRONICALLY FILE TRANSCRIPT OF BOND HEARING AND OTHER NECESSARY DOCUMENTS<br>ORDER DEFERRING RULING ON PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL |

Petitioner is a federal immigration detainee who proceeded *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 29, 2026, the Court granted the petition and ordered Respondents to provide Petitioner with a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations within seven days. (ECF No. 12.) On August 12, 2026, Petitioner filed a motion to enforce judgment and motion to appoint counsel. (ECF No. 14.) On August 20, 2026, the motion was referred to the undersigned. (ECF No. 15.)

Accordingly, the Court HEREBY ORDERS:

1. Within **twenty-one (21) days** of the date of service of this order, Respondent SHALL FILE a RESPONSE to the motion to enforce.

\\\

2. Within **twenty-one (21) days** of the date of service of this order, Respondent SHALL FILE **a transcript of Petitioner's bond hearing** and any and all other documents necessary for the resolution of the issues presented in the motion to enforce.

3. Within **fourteen (14) days** of the date of service of Respondent's response, Petitioner MAY FILE a REPLY.

4. The Court defers ruling on the motion to appoint counsel (ECF No. 14) pending further proceedings in this case.

IT IS SO ORDERED.

Dated: **August 24, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE